No. 578. WYMAN-GORDON Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari denied. *Quentin O. Young* for petitioner. *Solicitor General Griswold* and *Arnold Ordman* for respondent.

No. 205. MURCHISON & Co. ET AL. *v.* GLO Co. C. A. 3d Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Robert H. Richards, Jr.,* and *E. Norman Veasey* for petitioner Sunray DX Oil Co. *William D. Bailey, Jr.,* for respondent.

No. 423. BARATTA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Abraham Glasser* and *Herman Edelman* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 462. SMITH ET AL. *v.* KIRBY ET AL., GUARDIANS, ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE FORTAS and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Robert L. Bobrick* for petitioners. *John E. Tobin* for Kirby et al., *Samuel N. Greenspoon* for Fitzsimmons, and *Vincent R. FitzPatrick* for Alleghany Corp., respondents.

No. 430. LYONS *v.* CHICAGO PARK DISTRICT. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Franklin C. Salisbury* for petitioner. *Thomas M. Thomas* for respondent.